4 Ill. App.3d 1096 (1972)
282 N.E.2d 487
LAWRENCE ALLISON, Plaintiff-Appellant,
v.
VERNON BEECHY, JR. et al., Defendants.  (STATE SECURITY INSURANCE COMPANY, Garnishee-Defendant-Appellee.)
No. 54773.
Illinois Appellate Court  First District.
April 4, 1972.
Greenberg, Ziv & McCarthy, of Skokie, (Sherwin Greenberg, of counsel,) for appellant.
Brody & Gore, of Chicago, (Leon M. Fineberg, of counsel,) for appellee.
Abstract of Decision.
Judgment affirmed.